UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMADO MARTINEZ-RODRIGUEZ,

    Defendant.

CASE NO. 12-cr-04505-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/9/13

Ruben B. Brooks
U.S. Magistrate Judge